UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY K. DURHAM,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C14-5038-RSM<br><br>**ORDER AFFIRMING COMMISSIONER AND DISMISSING CASE** |

The Court, after careful consideration of plaintiff's complaint, the Commissioner's brief, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation.

(2)   The Commissioner's decision is **AFFIRMED** and the case is **DISMISSED** with prejudice.

(3)   The Clerk shall send copies of this Order to the parties and to Judge Tsuchida

DATED this 13 day of January 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER AFFIRMING COMMISSIONER AND DISMISSING CASE - 1